IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Leslie Sharp, Jr.

Case No.   PX 23-cr-00305-1

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____Patricia Richman_____, and the Government was represented by Assistant United States Attorney _____Joel Crespo_____, it is

**ORDERED,** this _____15th_____ day of __September__ 2023, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge